## PRESTON v. UNITED STATES.

### No. 10576.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1943.

John A. Smith, of Talbotton, Ga., for appellant.

Fred W. Smith and Vernon L. Wilkinson, Attys., Dept. of Justice, both of Wash-

ington, D. C., Norman M. Littell, Asst. Atty. Gen., T. Hoyt Davis, U. S. Atty., of Macon, Ga., A. Edward Smith, Sp. Atty., Dept. of Justice, of Columbus, Ga., and H. G. Rawls, Sp. Atty., Dept. of Justice, of Albany, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

In several suits consolidated for trial the jury were to fix the just compensation for condemnation of three tracts of land and a turpentine lease on them. The jury at first returned a verdict fixing in one sum the total value. The Judge required them to separate the items and make separate verdicts. This was done without substantial change in the total. This separation was proper and not erroneous. We do not find the charge as a whole confusing, as is objected against it. No other errors in the trial are specified.

The judgment is affirmed.